AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 24, 2023
SEAN F. McAVOY, CLERK

ALEXANDRA S.,

    *Plaintiff*

v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

Civil Action No. 2:20-CV-00477-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 22, is GRANTED. Plaintiff's Motion for Summary Judgment, ECF No. 20, is DENIED. Judgment is entered for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Alexander C. Ekstrom  on cross-motions for summary judgment.

Date: 1/24/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
    *(By) Deputy Clerk*

Nicole Cruz